JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG
A Professional Law Corporation
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone: (702) 870-1777
Facsimile No.: (702) 870-0500
Email Address: yosuphonglaw@gmail.com
Attorney for Plaintiff
*PREMIER ONE HOLDINGS, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., a National Banking Association; et al., <br><br> Defendants. | CASE NO. 2:13-cv-01110-GMN-VCF <br><br><br> **SUBSTITUTION OF ATTORNEYS** |

CHARLES D. LOMBINO, ESQ., hereby consents to the substitution of JOSEPH Y. HONG, ESQ., as attorney of record for Plaintiff, PREMIER ONE HOLDINGS, INC., in the above-entitled matter, in his place and stead.

DATED this ____7____ day of January, 2014.

HUSTWIT & LOMBINO, LTD.


_____
CHARLES D. LOMBINO, ESQ.
State Bar No. 008547
3291 East Warm Springs Road, Suite 100
Las Vegas, Nevada 89120

JOSEPH Y. HONG, ESQ., does hereby agree to be substituted in the place and stead of CHARLES D. LOMBINO, ESQ., as attorney of record for Plaintiff, PREMIER ONE HOLDINGS, INC., in the above-entitled matter.

DATED this ___8___ day of January, 2014.

HONG & HONG
A Professional Law Corporation

_____
JOSEPH Y. HONG, ESQ.
State Bar No. 005995
10781 West Twain Avenue
Las Vegas, Nevada 89135
Attorney for Plaintiff
*PREMIER ONE HOLDINGS, INC.*

BERTEL BRANDEL, in his capacity as an Authorized Officer of Plaintiff, PREMIER ONE HOLDINGS, INC., does hereby agree to the substitution of JOSEPH Y. HONG, ESQ., as attorney of record for Plaintiff, PREMIER ONE HOLDINGS, INC., in the above-entitled matter in the place and stead of CHARLES D. LOMBINO, ESQ.

DATED this ___8___ day of January, 2014.

_____
BERTEL BRANDEL, in his capacity as an Authorized Officer of *PREMIER ONE HOLDINGS, INC.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**It is so Ordered.**   Dated this 27th day of February, 2014.

_____
**Judge**

1
2
3

### CERTIFICATE OF SERVICE

4

5        I HEREBY CERTIFY that on the 27th day of _Feb__, 2014, the foregoing Substitution of Attorney was served on the below named parties through use of this Court's Electronic Filing and Service System pursuant to Electronic Filing Procedures Rule IV(B.).

6

7

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
|  |  |
|  | Paul M. Haire<br>SMITH LARSEN & WIXOM<br>1935 Village Center Circle<br>Las Vegas, NV 89134 |
|  |  |

8
9
10
11
12
13
14
15
16
17
18
19
20

21        HUSTWIT & LOMBINO, LTD.

22

23        By:___/s/_____
                 CHARLES DOMINICK LOMBINO
24               3291 E. Warm Springs Rd., Ste. 100
                 Las Vegas, NV 89120
25
26
27
28