JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG, A Professional Law Corporation
10781 W. Twain Ave.
Las Vegas, Nevada 89135
Tel:(702) 870-1777
Fax: (702) 870-0500
Email: Yosuphonglaw@gmail.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

PREMIER ONE HOLDINGS, INC., a Nevada corporation,
            Plaintiff,

vs.

JP MORGAN CHASE BANK, N.A., a National Banking Association, et al.,
            Defendants.

CASE NO.  2:13-cv-01110-GMN-VCF

## ORDER

A Show Cause hearing having been held on February 28, 2014; Paul Haire, Esq. having appeared for Defendant, JP Morgan Chase Bank, N.A., Joseph Y. Hong, Esq. having appeared for Plaintiff, Premier One Holdings, Inc., and Charles Lombino, Esq. having appeared as former counsel for Plaintiff, Premier One Holdings, Inc.; the Court having reviewed all of the pleadings and papers filed herein; and good cause appearing therefor,

**THE COURT HEREBY ORDERS AS FOLLOWS:**

ORDERED  that sanctions are imposed and fees awarded to Paul Haire, Esq. in the amount of $536.00, jointly and severally, by Plaintiff, Premier One Holdings, Inc., and Charles Lombino, Esq.  This amount shall be due on or before April 29, 2014.

ORDERED that this matter shall hereby be remanded to State Court.

ORDERED that Defendant, JP Morgan Chase Bank, N.A.'s, Motion for Summary Judgment and Motion to Expunge Lis Pendens are hereby denied without prejudice.

**DATED** this 10th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court